IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3142 |
| | ) | |
| v. | ) | |
| | ) | |
| KRISTOPHER A. GENTERT, | ) | TENTATIVE FINDINGS ON REVISED |
| | ) | PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT |
| | ) | |

The defendant, by documents 26 and 27, has objected to paragraphs 24, 28, 30, 39, 40, 43, and 64, of the Presentence Investigation Report showing "Revised."

An evidentiary hearing will be required in order to resolve the objections and will be held at the time of the sentencing hearing.

The defendant has said that he does not plan on submitting any evidence other than to rebut evidence submitted by the Government. The Government has not said what kind of evidence it proposes to present. Both should comply with paragraph 6 of the Order on Sentencing Schedule, document 22, on or before June 4, 2007.

Dated May 23, 2007.

                          BY THE COURT

                          s/ Warren K. Urbom
                          United States Senior District Judge