UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06cr3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| KRISTOPHER A. GENTERT, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a Motion for Reduction of Sentence Pursuant to Rule 35(b), filing 37. Accordingly,

IT IS ORDERED that:

1. Counsel for the government shall notify the court when the motion for reduction in sentence pursuant to Rule 35(b), filing 37, is ripe for decision. The motion shall not be decided until counsel for the government certifies that the motion is at issue;

2. the Federal Public Defender had represented the defendant but a conflict has now developed. Therefore, Matthew Munderloh, 307 N. Oakland Ave., P.O. Box 62, Oakland, Nebraska 68045 is appointed pursuant to the Criminal Justice Act to represent the defendant for purposes of the Rule 35 (b) motion; and

3. The Federal Public Defender shall provide CJA counsel with a new voucher;

4.      The Clerk of the Court shall mail a copy of this order to the Federal Public Defender.

Dated June 2, 2008.

                BY THE COURT

                s/ Warren K. Urbom
                United States Senior District Judge