IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:06CR3142** |
| vs. | |
| KRISTOPHER A. GENTERT, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Revocation Hearing (filing 82) is granted.

2. Defendant Kristopher A. Gentert's violation of supervised release hearing is continued to September 29, 2016, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 21st day of July, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge