IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:06-CR-3142 |
| vs. | ORDER |
| KRISTOPHER A. GENTERT, | |
| Defendant. | |

IT IS ORDERED:

1. The parties' joint Motion to Dismiss (filing 120) is granted.

2. The operative petition for offender under supervision (filing 110) is dismissed.

3. The June 11, 2020 hearing is cancelled.

Dated this 29th day of May, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge